AO 245D (SCDC Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of South Carolina

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| | ) | |
| Kyre Christen Brown aka Kyre Christian Brown aka Kyree Christian Brown | ) | Case No.    4:19cr00283 DCC |
| | ) | USM No.    34295-171 |
| | ) | Kathy Price Elmore, AFPD |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ Admits violation of condition(s)     #1-3; #5-6; #9-12     of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of illegal drugs – marijuana and cocaine | See petition |
| 2 | New criminal conduct – operating a motor vehicle without a license | See petition |
| 3 | New criminal conduct – speeding more than 25 mph over speed limit | See petition |
| 5 | Failure to notify Probation Officer of law enforcement contact | See petition |
| 6 | Failure to notify probation officer of change of address | See petition |
| 9 | Possession of less than one gram of methamphetamine or cocaine base | See petition |
| 10 | Possession of narcotics in Schedule I (b), (c), LSD & Schedule II | See petition |
| 11 | Distribution etc of methamphetamine | See petition |
| 12 | Manufacture, possession of other substance w/intent to distribute | See petition |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Government has elected not to proceed with violated condition(s)     #4, #7 and #8     and defendant is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   9513

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
Cheraw, S. C.

June 8, 2023
Date of Imposition of Judgment

/s/ Donald C. Coggins
Signature of Judge

Hon. Donald C. Coggins Jr., United States District Judge
Name and Title of Judge

June 9, 2023
Date

Judgment — Page 2 of 2

DEFENDANT: Kyre Christen Brown
CASE NUMBER: 4:19cr00283 DCC-DCC-2

# IMPRISONMENT

The previously-imposed term of Supervised Release is hereby revoked. Pursuant to the Sentencing Reform Act of 1984, and having considered the Chapter Seven policy statements in the United States Sentencing Guidelines Manual, as well as the statutory factors applicable to revocation sentences under 18 U.S.C. §§ 3553(a) and 3583(e) it is the judgment of the Court that the defendant, Kyre Christen Brown, a/k/a "Kyre Christian Brown", a/k/a "Kyree Christian Brown" is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of 24 months with no supervised release to follow. This term of imprisonment shall run consecutively to any sentence of imprisonment that the defendant is serving.
The defendant is to be given credit for time served as calculated by the Bureau of Prisons.

☒ The court makes the following recommendations to the Bureau of Prisons: It is recommended that the Defendant be assigned to a facility as close to Florence, S. C. It is further recommended that the defendant be evaluated and placed in a Drug Treatment Program available to him and for which he qualifies while incarcerated. It is further recommended that the defendant be evaluated and placed in a mental health treatment program while incarcerated.

**The Drug Treatment Program and Mental Health Treatment program shall take precedence over geographical placement.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal